IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**EDITH MORROW,**

      **Plaintiff,**

v.                                                        Case No.:    3:13-cv-00778

**7-ELEVEN, INC.,**

      **Defendant.**

## DEFENDANT 7-ELEVEN, INC.'S
## MOTION FOR SUMMARY JUDGMENT

      COMES NOW the Defendant, 7-Eleven, Inc., by counsel, pursuant to Rule 56 of the Federal Rules of Civil Procedure, and respectfully moves this Court for Summary Judgment in its favor because (1) it did not breach its duty of care to Plaintiff and (2) Plaintiff was contributorily negligent as a matter of law. In support, Defendant submits the accompanying Memorandum in Support of Defendant's Motion for Summary Judgment, with Exhibits attached thereto, which is specifically incorporated herein by reference.

                                    Respectfully Submitted,

                                    **7-ELEVEN, INC.**

                                    By:    /s/
                                                  Counsel

Randall C. Lenhart, Jr., Esq. (VSB No. 71207)
David L. Dayton, Esq. (VSB No.: 31177)
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (facsimile)
randall.lenhart@kpmlaw.com
david.dayton@kpmlaw.com
*Counsel for Defendant*

**CERTIFICATE**

I hereby certify that on the 24th day of March, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will send notification to:

Raymond L. Palmer, Esquire
The Law Offices of Raymond L. Palmer
116 N. 3rd St., Suite 300
Richmond, Virginia 23219
*Counsel for plaintiff*

_____/s/_____
Randall C. Lenhart, Jr., Esq. (VSB No. 71207)
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (facsimile)
randall.lenhart@kpmlaw.com
*Counsel for Defendant*